[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**RECEIVED**

JUL 3 1 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff  Dubensky )
)
)
v. )
)
)
People of )
Defendant )
)

the United States.
American

**United States District Court**
**Northern District of Illinois**

1:25-cv-08998
Judge Sunil R. Harjani
Magistrate Judge Albert Berry, III
Random/Cat1

**COMPLAINT**

CLASS ACTION LAWSUIT:
Request for Jury Trial

I believe that the American people are practicing systematically gyping, cheating, and stealing from tabula rasa (blank slate) kids out of everything including their sexuality, gender, thinking psychological well-being, jobs, home, cars family, friends and education. The people may be targeting kids, college grads, and U.S. citizens.

Mr. Mike Jr. Dubensky

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF CITIZENSHIP

No. A955516

·ORIGINAL·

Application No. _____

INS Registration No. A23 389 055

Personal description of holder as of date of issuance of this certificate: Sex _Male_ date of birth _July 11, 1976_;
country of birth _Israel_; complexion _Fair_ color of eyes _Brown_; color of hair _Black_;
height _4_ feet _0_ inches; weight _70_ pounds; visible distinctive marks _None_
Marital status _Single_

I certify that the description above given is true, and that the photograph affixed hereto is a likeness of me.

_Michael Firon_
(Complete and true signature of holder)

Be it known that - - - MICHAEL FIRON - - -
now residing at _1981 Alpine Court    Gurnee, IL 60031_
having applied to the Commissioner of Immigration and Naturalization for a certificate of
citizenship pursuant to Section 341 of the Immigration and Nationality Act, having proved to
the satisfaction of the Commissioner, that (s)he is now a citizen of the United States of America, became
a citizen thereof on _March 10, 1987_ and is now in the United States.

Now Therefore, in pursuance of the authority contained in Section 341 of the Immigration
and Nationality Act, this certificate of citizenship is issued this _Twenty-Second_
day of _December_ nineteen hundred
and _Eighty-Eight_, and the seal of the Department
of Justice affixed pursuant to statute.

Seal

IT IS PUNISHABLE BY U. S. LAW TO COPY,
PRINT OR PHOTOGRAPH THIS CERTIFICATE.

COMMISSIONER OF IMMIGRATION AND NATURALIZATION

## DEPARTMENT OF JUSTICE

FORM N-560 (REV. 5-1-84)Y